DAVID H. SINGER & ASSOCIATES, LLP
Woolworth Building
233 Broadway, Suite 810
New York, New York 10279
(212) 233-8800
*Attorneys for secured creditor, Gelt LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                  :         Chapter 11
                                                                            :
    2178 Atlantic Realty, LLC,                    :         Case No.:20-22623-(RDD)
                                                                            :
                             Debtor.         :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO:    *SEE* ATTACHED SERVICE LIST

**NOTICE IS HEREBY GIVEN**, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that the law firm of David H. Singer & Associates LLP, 233 Broadway, Suite 810, New York, New York 10279, appears for and on behalf of GELT LLC, secured creditor of the above-named debtor, and an interested party to this bankruptcy case.

**NOTICE IS FURTHER GIVEN**, that pursuant to Bankruptcy Rule 2002, it is requested that all notices given or required to be given in this Chapter 11 case, including but not limited to all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

DAVID H. SINGER & ASSOCIATES, LLP
David H. Singer, Esq.
233 Broadway, Suite 810
New York, New York 10279-0815
(212) 233-8800

**NOTICE IS FURTHER GIVEN**, that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices

of application, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated: New York, New York
     May 22, 2020

                          DAVID H. SINGER & ASSOCIATES, LLP
                          *Attorneys for Gelt LLC*

                          By: *s/ David H. Singer*
                              David H. Singer (DS1924)
                              Woolworth Building
                              233 Broadway, Suite 810
                              New York, New York 10279-0815
                              Tel.: (212) 233-8800
                              E-mail: ds225522@aol.com

SERVICE LIST

Barry D. Haberman, Esq.
*Attorney for Debtor, 2178 Atlantic Realty LLC*
254 South Main Street, Suite 401
New City, NY 10956

2178 Atlantic Realty LLC
41 Mariner Way
Monsey, NY 10952

Joseph A. Shifer, Esq.
Kramer Levin Naftalis & Frankel, LLP
*Attorneys for 2178 Atlantic Ave. HDFC*
1177 Avenue of the Americas
New York, NY 10036

Office of the U.S. Attorney, Southern District of New York
86 Chambers Street
New York, NY 10007

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

New York State Unemployment Ins. Fund
P.O. Box 551
Albany, NY 12201

Office of the United States Trustee, SDNY
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014